

**Mars Khaimov Law, PLLC**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/8/2020
```

December 7, 2020

**VIA ECF**
Hon. Judge Torres
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

    Re:    Paguada v. Hydrow, Inc., Civil Action No. 1:20-cv-08484-AT

Dear Judge Torres,

The undersigned represents Plaintiff Dilenia Paguada (hereinafter "Plaintiff") in the above-referenced matter.
The initial conference for this matter is set for December 14, 2020 at 11:40 a.m. The parties are currently discussing settlement, and to preserve time and further costs associated with this action believe they are close enough to warrant a 30-day adjournment of the initial pretrial conference.

Thank you for your time and consideration of the above request.

GRANTED.  The initial pretrial conference scheduled for December 14, 2020, is AJOURNED to **January 14, 2021**, at **10:20 a.m.**  By **January 7, 2021**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: December 8, 2020
       New York, New York

/s/Mars Khaimov
Mars Khaimov, Esq., **Principal**
**Mars Khaimov Law, PLLC**



ANALISA TORRES
United States District Judge