USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

DILENIA PAGUADA, *on behalf of herself and all others similarly situated,*

                  Plaintiff,

           -v-

HYDROW, INC.,

                  Defendant.

------------------------------------------------------------------X

**ORDER**

20-CV-8484 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

In light of the parties' settlement, the initial pretrial conference scheduled on **February 26, 2021** is hereby cancelled.

      **SO ORDERED.**

Dated: February 22, 2021
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge